IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM J. HOYT and TIMOTHY BROWDER,

Plaintiffs,

v.

ARROW FINANCIAL SERVICES LLC,

Defendant.

05 10560 RGS

MAGISTRATE JUDGE

RECEIPT # 62999
AMOUNT $250
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. FDW
DATE 3/24/05

## COMPLAINT – CLASS ACTION

## INTRODUCTION

1. Plaintiffs William J. Hoyt and Timothy Browder bring this action to secure redress against unlawful collection practices engaged in by defendant Arrow Financial Services LLC. Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k (FDCPA). Venue in this District is proper because defendant is located in the District and its collection communications were received in this District.

## PARTIES

3. Plaintiff William J. Hoyt is an individual who resides in Charlemont, Massachusetts.

4. Plaintiff Timothy Browder is a resident of Chestnut Hill, MA.

5. Defendant Arrow Financial Services LLC is a limited liability company chartered under Illinois law with its principal place of business at 5996 W. Touhy Avenue, Niles, IL 60714.

6. Arrow Financial Services LLC acts as a collection agency and also engages in the business of buying bad debts allegedly owed by consumers for a small fraction of face value

and enforcing the debts against the consumers.

7. According to its Web site, during 2002 defendant Arrow Financial Services LLC purchased $2.9 billion in charged-off consumer debts.

8. Defendant Arrow Financial Services LLC is a "debt collector" as defined in the FDCPA.

**PRIVACY PROTECTIONS IN FDCPA**

9. The FDCPA contains a number of provisions that prevent debt collectors from informing third parties that a given individual owes a debt. "[T]he FDCPA generally protects the consumer's privacy by limiting debt collector communications about personal affairs to third parties . . . ." FTC Official Staff Commentary on the Fair Debt Collection Practices Act, 53 Fed. Reg. 50097 (Dec. 13, 1988), at 50103.

10. 15 U.S.C. §1692c(b) contains a general prohibition against debt collectors communicating with third parties:

> **(b) Communication with third parties--Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.**

Section 1692b deals with locating debtors who cannot be found.

11. Section 1692d(3) defines as "harassment" and a violation of the FDCPA "**[t]he publication of a list of consumers who allegedly refuse to pay debts, except to a consumer reporting agency or to persons meeting the requirements of section 1681a(f) or 1681b(3) of this title.**" Section 1681a(f) is the Fair Credit Reporting Act definition of consumer reporting agency. Section 1681b(3) is a Fair Credit Reporting Act provision dealing with use of information in a consumer report for employment purposes.

12. Section 1692e provides:

> **§ 1692e. False or misleading representations [Section 807 of P.L.]**

> **A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**
>
> **(5) The threat to take any action that cannot legally be taken or that is not intended to be taken. . . .**
>
> **(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

13. Section 1692f prohibits a debt collector from communicating with consumers in a manner that allows third parties to discern the consumers owe money:

> **. . . (7) Communicating with a consumer regarding a debt by post card.**
>
> **(8) Using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business. . .**

**FACTS RELATING TO PLAINTIFFS**

14. On or about March 31, 2004, defendant Arrow Financial Services LLC sent plaintiff William J. Hoyt a collection letter, attached as Exhibit A.

15. On or about February 4, 2005, defendant Arrow Financial Services LLC sent plaintiff Timothy Browder a collection letter, attached as Exhibit B.

16. Exhibits A and B are form letters.

17. Exhibits A and B consisted of a collection demand on the front and a notice of the privacy and information disclosure practices of Arrow Financial Services LLC on the reverse. The material on the reverse is referred to on the front with the bolded statement, "**Please see reverse side for important information.**"

**COUNT I – FDCPA**

18. Plaintiffs incorporate paragraphs 1-17.

**FDCPA VIOLATIONS RESULTING FROM DEFENDANT'S PRIVACY NOTICE**

19. The reverse of Exhibits A and B state that "We collect and use nonpublic

personal information about you to conduct our business," which consists of debt collection.

20. The "sources of this information" are identified as (a) "[i]nformation we receive from you on [credit] applications or other forms or through your correspondence or communication with us including through the mail, by telephone, or over the Internet, such as your name, address, social security number, assets and income," (b) "Information about your transactions with us, our affiliates, or others, such as your account balance and payment history," and (c) "Information we receive from third parties, such as consumer reporting agencies."

21. All of this information is integrally related to debt collection.

22. The reverse of Exhibits A and B then state:

> Subject to applicable law, we may disclose all of the information that we collect, as described above. We may share all of the information that we collect with companies that work for us. These companies may include financial service providers such as payment processing companies, and non-financial companies who assist us, for example, in mailing statements or other materials to you, or data processing or analysis. We may also share all of the information we collect with companies that assist us in servicing your account, with government entities in response to subpoenas or regulatory requirements, and with consumer reporting agencies. We may also disclose nonpublic personal information about you to nonaffiliated third parties as permitted or required by law. We may disclose all of the information we collect, as described above, to companies that perform marketing or other services on our behalf or to other financial institutions with whom we have joint marketing agreements.

23. Many of the uses listed are prohibited by the FDCPA, in that they are with persons other than "the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector." Actual disclosures of that nature would violate 15 U.S.C. §1692c, and the statement that Arrow Financial Services LLC would make such disclosures, or has the right to do so, violates 15 U.S.C. §1692e.

24. In addition, several of the listed uses amount to the publication of lists of persons who have allegedly refused to pay debts, and either still have not paid or were ultimately induced to pay. The actual publication of such lists would violate 15 U.S.C. §1692d, and the statement that Arrow Financial Services LLC will do so or has the right to do so violates 15 U.S.C. §1692e.

25. For example, debt collectors have been known to sell lists of persons who have not paid their debts to issuers of subprime credit cards, who offer to issue a credit card if the consumer will put some or all of the unpaid debt on the credit card. Prospective lenders are not among the parties to whom a debt may be disclosed under 15 U.S.C. §1692c.

26. The privacy notice then states that if the consumer would "prefer that we not disclose nonpublic personal information about you to nonaffiliated third parties," the consumer must so request in writing. This is a misstatement of the consumer's rights under 15 U.S.C. §1692c, which requires that the consumer grant express permission directly to the debt collector before the debt may be disclosed to anyone other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

27. Finally, the inclusion of erroneous statements in a debt collection letter that information about the debtor can or will be disclosed to third parties amounts to an implicit threat that the debtor's privacy will be invaded if the debt is not paid.

## CLASS ALLEGATIONS

28. Plaintiffs bring this action on behalf of a class.

29. The class consists of (a) all natural persons with Massachusetts addresses (b) to whom Arrow Financial Services LLC sent a letter in the form represented by Exhibits A or B, (c) on or after a date one year prior to the filing of this action, and (e) on or before a date 20 days after the filing of this action.

30. The class members are so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the class.

31. There are questions of law and fact common to the class members, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether Exhibits A and B violate the FDCPA.

32. Plaintiffs' claims are typical of the claims of the class members. All are based

on the same factual and legal theories.

33. Plaintiffs will fairly and adequately represent the interests of the class members. Plaintiffs have retained counsel experienced in consumer credit and debt collection abuse cases.

34. A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible. Many debtors may not realize that their rights are violated.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiffs and the class members and against defendant for:

a. Statutory damages;

b. Attorney's fees, litigation expenses and costs of suit;

c. Such other or further relief as the Court deems proper.

Respectfully submitted,

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS,
LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

# EXHIBIT A



5996 W Touhy Ave, Niles, IL 60714.
Pay online at www.arrow-financial.com

OFFICE HOURS: CT
Mon thru Thursday : 7:00am - 11:00pm
Friday : 7:00am - 11:00pm
Saturday : 8:00am - Noon
Sunday : 4:00pm - 8:00pm
**Phone Number : 800-896-2743 Ext 544**

| ID Number : 25064069 | Re : GE CAPITAL CONSUMER CARD CO. |
|---|---|
| Account # : 0006097500250044690 | Total Current Balance : $ 3352.12 |

25064069 - 2016
WILLIAM J HOYT
340 W HAWLEY RD
CHARLEMONT MA 01339-9632

March 31, 2004

## PAST DUE BALANCE

Dear WILLIAM J HOYT,

ARROW FINANCIAL SERVICES purchased your GE CAPITAL CONSUMER CARD CO. account with TROY-BILT charges. As the new owner of your account we would like to give you a second chance to resolve your outstanding balance. Our company prides itself in working with our new customers to provide solutions to help you take a step towards resolving this matter.

ARROW FINANCIAL SERVICES has several programs that will help you satisfy your obligation. Please take this opportunity to help regain your financial future by contacting your account representative at our toll free number 800-896-2743. We look forward to working with you.

**IMPORTANT NOTICE REQUIRED BY LAW**

Unless you notify us within 30 days after receiving this letter that you dispute the validity of the debt or any portion thereof, we will assume the debt is valid. If you do notify us in writing within 30 days after receiving this notice that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. Also, upon your written request within 30 days, we will provide you with the name and address of the original creditor if different from the current creditor.

Important notice required by law: This agency is engaged in the collection of debts. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,
*James Gettelman*
JAMES GETTELMAN
Account Representative

**Please see reverse side for important information**

31E1948003/31/04ARR12016-E

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU!

**Please see reverse side if you would like to pay by credit card**

P.O. BOX 469005
CHICAGO, IL 60646-9005
ADDRESS SERVICE REQUESTED

| ID Number : 25064069 | Re : GE CAPITAL CONSUMER CARD CO. |
|---|---|
| Account # : 0006097500250044690 | Total Current Balance : $ 3352.12 |

☐ Please check here if there is a new phone # or address change and enter information on reverse side

March 31, 2004

6 JAG
ARROW FINANCIAL SERVICES LLC
21031 NETWORK PLACE
CHICAGO, IL 60678-1031

c/s 4/19/04

25064069 - 2016 26703
WILLIAM J HOYT
340 W HAWLEY RD
CHARLEMONT MA 01339-9632

0025064069 6097500250044690 2016 0000335212 6

# Privacy Notice

We collect and use nonpublic personal information about you to conduct our business. Sources of this information include the following:

- Information we receive from you on applications or other forms or through your correspondence or communication with us including through the mail, by telephone, or over the Internet, such as your name, address, social security number, assets and income;

- Information about your transactions with us, our affiliates, or others, such as your account balance and payment history;

- Information we receive from third parties, such as consumer reporting agencies.

Subject to applicable law, we may disclose all of the information that we collect, as described above. We may share all of the information that we collect with companies that work for us. These companies may include financial service providers such as payment processing companies, and non-financial companies who assist us, for example, in mailing statements or other materials to you, or data processing or analysis. We may also share all of the information we collect with companies that assist us in servicing your account, with government entities in response to subpoenas or regulatory requirements, and with consumer reporting agencies. We may also disclose nonpublic personal information about you to nonaffiliated third parties as permitted or required by law. We may disclose all of the information we collect, as described above, to companies that perform marketing or other services on our behalf or to other financial institutions with whom we have joint marketing agreements.

If you prefer that we not disclose nonpublic personal information about you to nonaffiliated third parties, you may opt out of those disclosures, that is, you may direct us not to make those disclosures (other than disclosures permitted by law). **If you wish to opt out of disclosures to nonaffiliated third parties, you may advise us of your decision by writing to us at Arrow Financial Services LLC, Attention: Customer Care Department, 5996 WEST TOUHY AVE, NILES, IL 60714-4610, and providing your name, address, telephone number, social security number, and account or reference number.** Note that Arrow applies opt outs at the account level, not by individual customer. When any person listed on an account opts out (for example, a joint account holder, co-applicant, or authorized user), we will list the entire account as having opted out.

We restrict access to nonpublic personal information about you to those employees who need to know that information to service your account. We maintain physical, electronic, and procedural safeguards to protect your nonpublic personal information. You may have other privacy protections under state laws. We may amend this privacy notice at any time, and we will inform you of any changes as required by law.

**NOTICE TO MASSACHUSETTS RESIDENTS:**

"Notice of Important Rights" You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the collection agency. Our licensed office is located at 5230 Washington Street, West Roxbury, MA 02132.

To authorize a payment through a third-party payment service using your credit card, please fill out the following and return in the enclosed envelope. Pay online at www.arrow-financial.com

Check One: ☐ Visa ☐ MasterCard ☐ Discover ☐ American Express

For security purposes, please provide the 3-digit or 4-digit CVV (Customer Verification Value); if you are using an American Express card the 4-digit CVV can be found on the front-right section of your card above the account number. If you are using a Discover, Visa or MasterCard the 3-digit CVV can be found after the account number on the back side of your card.

Card Number

CVV#

Payment Amount | Expiration Date

Card Holder Name | Signature of Card Holder | Date

Address | City, State, Zip

Daytime Phone: | Evening Phone:

Make changes to your address and phone number below.

Name

Address

City | State | Zip Code

Daytime Phone | Evening Phone

# EXHIBIT B

PO Box 1206
Oaks, PA 19456-1206
2644#27362761#2800#020405

ARROW FINANCIAL SERVICES

5996 W Touhy Ave, Niles, IL 60714
**Pay online at www.arrow-financial.com**

**OFFICE HOURS: Central Time**
Monday thru Thursday: 8:00 am - 9:00 pm
Friday: 8:00 am - 5:30 pm
Saturday: 8:00 am - Noon

**Phone Number : 888-334-4006 Ext 2877**

February 4, 2005

| | |
|---|---|
| **ID Number :** | 27362761 |
| **Re:** | Tweeter |
| **Account # :** | 6030090204804761 |
| **Total Current Balance:** | $15002.14 |

27362761 - 2800
TIMOTHY M BROWDER
163 GERRY RD
CHESTNUT HILL MA 02467-3185

## PAST DUE BALANCE

Dear TIMOTHY M BROWDER,

As you were previously advised, we have purchased your account from Tweeter. We have tried to resolve this matter, but unfortunately the outstanding balance of $15002.14 remains unpaid.

After February 28 2005, we will forward your account to the law firm of GARY H. KREPPEL in MASSACHUSETTS for further review and additional collection activity, including possible legal action.

We now offer you a final opportunity to settle your account for 80% of the outstanding balance. If you wish to avoid your account being sent to the above law firm in your state, we must hear from you and resolve your account no later than February 28 2005.

***** Settlement Amount $12001.71 You Save $3000.43 *****

If you have any questions please feel free to contact me at 888-334-4006 ext. 2877

**Important notice required by law:** This agency is engaged in the collection of debts. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,
*FRANK PISTORIO*
FRANK PISTORIO
LEGAL OUTSOURCING REPRESENTATIVE

**Please see reverse side for important information**

2644 - 94

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU!

**Please see reverse side if you would like to pay by credit card**

February 4, 2005

| | |
|---|---|
| **ID Number :** | 27362761 |
| **Re:** | Tweeter |
| **Account # :** | 6030090204804761 |
| **Total Current Balance:** | $15002.14 |

☐ Please check here if there is a new phone # or address change and enter information on reverse side

Ch# 5028
CLS
3/5/05

27362761 - 2800
TIMOTHY M BROWDER
163 GERRY RD
CHESTNUT HILL MA 02467-3185

ARROW FINANCIAL SERVICES
21031 Network Place
Chicago,IL 60678-1031

0027362761 6030090204804761 2800 0001500214 5

## Privacy Notice

We collect and use nonpublic personal information about you to conduct our business. Sources of this information include the following:

- Information we receive from you on applications or other forms or through your correspondence or communication with us including through the mail, by telephone, or over the Internet, such as your name, address, social security number, assets and income;
- Information about your transactions with us, our affiliates, or others, such as your account balance and payment history;
- Information we receive from third parties, such as consumer reporting agencies.

Subject to applicable law, we may disclose all of the information that we collect, as described above. We may share all of the information that we collect with companies that work for us. These companies may include financial service providers such as payment processing companies, and non-financial companies who assist us, for example, in mailing statements or other materials to you, or data processing or analysis. We may also share all of the information we collect with companies that assist us in servicing your account, with government entities in response to subpoenas or regulatory requirements, and with consumer reporting agencies. We may also disclose nonpublic personal information about you to nonaffiliated third parties as permitted or required by law. We may disclose all of the information we collect, as described above, to companies that perform marketing or other services on our behalf or to other financial institutions with whom we have joint marketing agreements.

If you prefer that we not disclose nonpublic personal information about you to nonaffiliated third parties, you may opt out of those disclosures, that is, you may direct us not to make those disclosures (other than disclosures permitted by law). **If you wish to opt out of disclosures to nonaffiliated third parties, you may advise us of your decision by writing to us at Arrow Financial Services LLC, Attention: Customer Care Department, 5996 WEST TOUHY AVE, NILES, IL 60714-4610, and providing your name, address, telephone number, social security number, and account or reference number.** Note that Arrow applies opt outs at the account level, not by individual customer. When any person listed on an account opts out (for example, a joint account holder, co-applicant, or authorized user), we will list the entire account as having opted out.

We restrict access to nonpublic personal information about you to those employees who need to know that information to service your account. We maintain physical, electronic, and procedural safeguards to protect your nonpublic personal information. You may have other privacy protections under state laws. We may amend this privacy notice at any time, and we will inform you of any changes as required by law.

**NOTICE TO MASSACHUSETTS RESIDENTS:**

"Notice of Important Rights" You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the collection agency. Our licensed office is located at 5230 Washington Street, West Roxbury, MA 02132.

To authorize a payment through a third-party payment service using your credit card, please fill out the following and return in the enclosed envelope. Pay online at www.arrow-financial.com

Check One: ☐ Visa ☐ MasterCard ☐ Discover ☐ American Express

For security purposes, please provide the 3-digit or 4-digit CVV (Customer Verification Value); if you are using an American Express card the 4-digit CVV can be found on the front-right section of your card above the account number. If you are using a Discover, Visa or MasterCard the 3-digit CVV can be found after the account number on the back side of your card.

Card Number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

CVV# ☐☐☐☐

Payment Amount Expiration Date

Card Holder Name Signature of Card Holder Date

Address City, State, Zip

Daytime Phone : Evening Phone

Make changes to your address and phone number below.

Name

Address

City State Zip Code

Daytime Phone Evening Phone

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) WILLIAM J. HOYT VS. ARROW FINANCIAL SERVICES, LLC

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

[ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

[✓] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

[ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

[ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

[ ] V. 150, 152, 153.

05 10560 RGS

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES [ ] NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES [ ] NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES [ ] NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES [ ] NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES [ ] NO [X]

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division [ ] Central Division [ ] Western Division [ ]

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division [X] Central Division [ ] Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES [ ] NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Christopher M. Lefevbre

ADDRESS Law Offices of Claude Lefebvre & Sons, Pawtucket, RI 02860

TELEPHONE NO. ( 401) 728- 6060

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

William J. Hoyt, Timothy Browder

**(b)** County of Residence of First Listed Plaintiff Norfolk
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
2 Dexter Street
Pawtucket, RI 02860

**DEFENDANTS**

Arrow Financial Services, LLC

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☑ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:
violation of the FDCPA, 15 U.S.C.

**VII. REQUESTED IN COMPLAINT:** ☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE 3/16/05 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE