IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER           Plaintiffs,<br><br>v.<br><br>ARROW FINANCIAL SERVICES LLC,<br><br>           Defendant. | C.A. No. 05 10560 RGS |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs hereby requests permission for Daniel A. Edelman, Cathleen M. Combs and Francis R. Greene to appear pro hac vice in the above-referenced case. The attorneys of record are members of good standing in the United States District Court for the Northern District of Illinois. The attorneys of record do not reside or maintain offices for the practice of law within the State of Massachusetts. Christopher M. Lefebvre will serve as local counsel for this case. Mr. Lefebvre will attend all court hearings and will accept service on all documents.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER<br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARROW FINANCIAL SERVICES LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05 10560 RGS |

### AFFIDAVIT OF ATTORNEY DANIEL A. EDELMAN

I, Daniel A. Edelman, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on March 16, 2005.

_____
Daniel A. Edelman

Subscribed and sworn before me this
____ day of _____, 2005

_____
Notary Public

> Official Seal
> Lisa D Stroud
> Notary Public State of Illinois
> My Commission Expires 11/19/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARROW FINANCIAL SERVICES LLC, )<br>)<br>Defendant. ) | C.A. No. 05 10560 RGS |

## AFFIDAVIT OF ATTORNEY CATHLEEN M. COMBS

I, Cathleen M. Combs, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on March 16, 2005.

_____
Cathleen M. Combs

Subscribed and sworn before me this
16th day of March, 2005
_____
Notary Public

Official Seal
Lisa D Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER<br>　　　　　Plaintiffs,<br><br>v.<br><br>ARROW FINANCIAL SERVICES LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05 10560 RGS<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ATTORNEY FRANCIS R. GREENE

I, Francis R. Greene, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 2000.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on March 16, 2005.

_____
Francis R. Greene

Subscribed and sworn before me this
_16th_ day of _March_, _2005_

_____
Notary Public

Official Seal
Lisa D Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07