UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER, <br><br> Plaintiffs, <br> v. <br><br> ARROW FINANCIAL SERVICES, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. NO.: 05 C 10560 - RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT ARROW FINANCIAL SERVICES LLC'S MOTION TO ENLARGE TIME FOR FILING RESPONSIVE PLEADING (ASSENTED TO)

NOW COMES the Defendant, Arrow Financial Services LLC (the "Defendant"), and hereby respectfully requests that this Court enlarge the time afforded to the Defendant to file a responsive pleading by twenty-one (21) days. As grounds therefore, the Defendant states as follows:

1. The Defendant was served with the Complaint in this matter on or about April 4, 2005. As such, the Defendant's answer was due on April 25, 2005.

2. After service of process was effected, the Defendant retained counsel, including local counsel, to represent it in this action.

3. Counsel for the Defendant requests an additional twenty-one (21) days, or through and including May 16, 2005, to file a responsive pleading on behalf of the Defendant.

4. Plaintiffs' counsel has assented to this motion.

963063v1

WHEREFORE, the Defendant, Arrow Financial Services LLC, respectfully requests that this Court enlarge the time afforded to the Defendant to file a responsive pleading by twenty-one (21) days.

> Respectfully submitted,
> ARROW FINANCIAL SERVICES, LLC
> By its attorneys,
>
> **MORRISON MAHONEY LLP**
>
> _____
> Scott Douglas Burke, BBO # 551255
> Lynne McNeill, BBO #644721
> 250 Summer Street
> Boston, MA 02110
> (617) 439-7500

ASSENTED TO:

WILLIAM J. HOYT and TIMOTHY BROWDER,
By their attorneys,

**LAW OFFICES OF CLAUDE LEFEBVRE & SONS**

_____
Christopher M. Lefebvre, BBO #629056
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Francis R. Greene, Esq.
**EDELMAN, COMBS & LATTURNER, LLC**
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 4-27-05
Signature

2

963063v1