UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER,<br><br>　　　Plaintiffs,<br>v.<br><br>ARROW FINANCIAL SERVICES LLC<br><br>　　　Defendants. | C.A. No. 05 C 10560 |

## DEFENDANT, ARROW FINANCIAL SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant, Arrow Financial Services LLC, respectfully submits this Corporate Disclosure Statement. Arrow Financial Services is majority-owned by Sallie Mae, a publicly-held company.

Respectfully submitted,
ARROW FINANCIAL SERVICES LLC
By its attorneys,

**MORRISON MAHONEY, LLP**

Scott Douglas Burke, BBO #551255
Lynne McNeill, BBO #644721
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 4/27/05.

963066v1