Gerard Services Ltd.
600 Jill Court
Des Plaines, Il 60018

FILED DATE         RECEIVED DATE              DIE DATE          MULTIPLE SERVICE
                                              ATTORNEY
DEFENDANT                                                       5/4/05
* ARROW Financial Services LLC

PLAINTIFF
U. C. Hoyt - Timothy Broeder

SERVICE INFORMATION:

*******************************************************************************
(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE
       COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE
       FAMILY, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 19___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
.....3 SERVICE ON: CORPORATION ✓ COMPANY____ BUSINESS____ PARTNERSHIP____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)                              BY: Del Guidia

    1  SEX ___M/F   RACE W   AGE 30
    2  NAME OF DEFENDANT Arrow Financial Services
       ___WRIT SERVED ON Daryl Vukat

       THIS N DAY OF Apr , 2005 TIME 4:00 A.M. P.M.

    ADDITIONAL REMARKS _____

*******************************************************************************

    THE NAMED DEFENDANT WAS NOT SERVED.

    TYPE OF BLDG _____           ATTEMPTED SERVICES

    NEIGHBORS NAME _____            DATE        TIME   A.M./P.M.

          ADDRESS _____              _____      __:__  ___

          REASON NOT SERVED:                       _____      __:__  ___
                    ___07 EMPLOYER REFUSAL
    ___01 MOVED     ___08 RETURNED BY ATTY         _____      __:__  ___
    ___02 NO CONTACT ___09 DECEASED
    ___03 EMPTY LOT ___10 BLDG DEMOLISHED          _____      __:__  ___
    ___04 NOT LISTED ___11 NO REGISTERED AGT.
    ___05 WRONG ADDRESS ___12 OTHER REASONS        _____      __:__  ___
    ___06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                                   _____      __:__  ___

    FEE $ .00   MILEAGE $ .00   TOTAL $ .00                          SG23

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

WILLIAM J. HOYT and
TIMOTHY BROWDER

**SUMMONS IN A CIVIL ACTION**

V.

ARROW FINANCIAL SERVICES, LLC

CASE NUMBER:

05 10560 RGS

TO: (Name and address of Defendant)
ARROW FINANCIAL SERVICES, LLC
5996 West Touhy Avenue
Niles, IL 60714

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI 02860

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK