AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

WILLIAM J. HOYT and
TIMOTHY BROWDER

**SUMMONS IN A CIVIL ACTION**

V.

ARROW FINANCIAL SERVICES, LLC

CASE NUMBER:

**05 10560 RGS**

TO: (Name and address of Defendant)
ARROW FINANCIAL SERVICES, LLC
5996 West Touhy Avenue
Niles, IL 60714

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI 02860

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: ~~Dave~~ DUKAT
DARYL

☐ Other (specify): Corp, Arrow Financial Services

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-4-05
           Date              Signature of Server

           Corp. Will CT Des Plaines
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

03-31-05A11:10 RCVD

Gerard Services LTD
600 Jill Court
Des Plaines, Il 60018

FILED DATE          RECEIVED DATE           DIE DATE          MULTIPLE SERVICE
    DEFENDANT                                 ATTORNEY
• Arrow Financial Services L/c                                    5/4/05

PLAINTIFF
W. J Hoyt - Timothy Broader
SERVICE INFORMATION:

************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE
       COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE
       FAMILY, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF.  ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 19___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
✓...3 SERVICE ON: CORPORATION ✓ COMPANY___ BUSINESS___ PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)                                    BY: Del Gindis

    1  SEX ___M/F  RACE  W   AGE 30
    2  NAME OF DEFENDANT  Arrow Financial Services
       WRIT SERVED ON  Daryl Vukat

       THIS  4  DAY OF  Apr , 2005  TIME  11:00  A.M.P.M.

    ADDITIONAL REMARKS _____

************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____          ATTEMPTED SERVICES

NEIGHBORS NAME _____      DATE        TIME   A.M./P.M.

       ADDRESS _____      _____    ___:___  ____

          REASON NOT SERVED:              _____    ___:___  ____
                         ___07 EMPLOYER REFUSAL
    ___01 MOVED          ___08 RETURNED BY ATTY    _____    ___:___  ____
    ___02 NO CONTACT     ___09 DECEASED
    ___03 EMPTY LOT      ___10 BLDG DEMOLISHED     _____    ___:___  ____
    ___04 NOT LISTED     ___11 NO REGISTERED AGT.
    ___05 WRONG ADDRESS  ___12 OTHER REASONS       _____    ___:___  ____
    ___06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                                   _____    ___:___  ____

FEE $  .00   MILEAGE $  .00   TOTAL $  .00                       SG23