UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. HOYT BROWDER, </br></br> Plaintiffs, </br> v. </br></br> ARROW FINANCIAL SERVICES, LLC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) 05 C 10560 </br> ) </br> ) </br> ) </br> ) </br> ) |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE (ASSENTED TO)**

Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the Defendant, Arrow Financial Services LLC (the "Defendant"), hereby respectfully requests leave of this Court for Attorney David M. Schultz of Hinshaw & Culbertson LLP, to appear on its behalf in the above-captioned matter. In support hereof, the Defendant states as follows:

1. Attorney Schultz is a member of the bar in good standing in every jurisdiction where he has been admitted to practice. Attorney Schultz is admitted to practice in the State of Northern District of Illinois, Central District of Illinois, Southern District of Illinois, Northern District of Indiana, Southern District of Indiana, Seventh Circuit Court of Appeals and United States Supreme Court.

2. There are no disciplinary proceedings pending against Attorney Schultz as a District of Indiana, Southern District of Indiana, Seventh Circuit Court of Appeals and United States Supreme Court.

3. Attorney Schultz is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.   An Affidavit on behalf of Attorney Schultz in support of this Motion is attached hereto as **exhibit 1.**

5.   Plaintiffs' counsel has assented to this motion.

WHEREFORE, the Defendant, Arrow Financial Services, LLC, respectfully requests that this Court grant leave for Attorney Schultz to appear and represent it in this action.

Respectfully submitted,
ARROW FINANCIAL SERVICES, LLC

**MORRISON MAHONEY LLP**

*/s/ Scott Douglas Burke*
Scott Douglas Burke, BBO# 55155
Lynne McNeill, BBO #644721
250 Summer Street
Boston, MA 02110
(617) 439-7500

*of counsel:*
David M. Schultz
**HINSHAW & CULBERTSON**
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704-3000

ASSENTED TO:

WILLIAM J. HOYT and TIMOTHY BROWDER,
By their attorneys,

**LAW OFFICES OF CLAUDE LEFEBVRE & SONS**

*/s/ Christopher Lefebvre (CML)*
Christopher M. Lefebvre, BBO #629056
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

5929912v1 852554

Daniel Edelman, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Francis R. Greene, Esq.
**EDELMAN, COMBS, & LATTURNER, LLC**
120 S. LaSalle Street, 18th Fl.
Chicago, IL 60603
(312) 739-4200

> I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 6-17-05
> /s/ [signature]

5929912v1 852554

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM J. HOYT BROWDER, )
)
)
    Plaintiffs, )   05 C 10560
v. )
)
ARROW FINANCIAL SERVICES, LLC. )
)
    Defendant. )

**AFFIDAVIT OF DAVID M. SCHULTZ IN SUPPORT OF**
**MOTION FOR LEAVE TO APPEAR PR HAC VICE**

I, DAVID M. SCHULTZ, having first been duly sworn, deposes and states as follows:

1.    I am of the age of majority and believe in the obligation of the oath.

2.    I was admitted to practice before the following jurisdictions in the years indicated:

    a.    State of Illinois in 1988,

    b.    Northern District of Illinois in 1991,

    c.    United States Supreme Court in 1994,

    d.    Seventh Circuit Court of Appeals in 1993,

    e.    Southern District of Illinois in 2001,

    f.    Central District of Illinois in 1997,

    g.    Northern District of Indiana in 2003,

    h.    Southern District of Indiana in 2001.

3.    I am a member of good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I make these statements based on personal knowledge.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16 DAY OF May, 2005.

_____
DAVID M. SCHULTZ

5929912v1 852554