UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. NO.: 05 C 10560 |
| ARROW FINANCIAL SERVICES, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT ARROW FINANCIAL SERVICES LLC'S MOTION TO ENLARGE TIME FOR FILING RESPONSIVE PLEADING TO AMENDED COMPLAINT (ASSENTED TO)**

NOW COMES the Defendant, Arrow Financial Services LLC (the "Defendant"), and hereby respectfully requests that this Court enlarge the time afforded to the Defendant to file a responsive pleading to the plaintiffs' Amended Complaint by ten (10) days. As grounds therefore, the Defendant states as follows:

1. The Defendant's answer to the plaintiffs' Amended Complaint is due on July 20, 2005.

2. However, the Defendant is still in the process of obtaining information necessary to respond to the Amended Complaint.

3. Counsel for the Defendant requests an additional ten (10) days, or through and including August 1, 2005, to file a responsive pleading on behalf of the Defendant.

4. Plaintiffs' counsel has assented to this motion.

969846v1

WHEREFORE, the Defendant, Arrow Financial Services LLC, respectfully requests that this Court enlarge the time afforded to the Defendant to file a responsive pleading to the plaintiffs' Amended Complaint by ten (10) days.

        Respectfully submitted,
ARROW FINANCIAL SERVICES, LLC
By its attorneys,

**MORRISON MAHONEY LLP**

/s/Scott D. Burke
_____
Scott Douglas Burke, BBO # 551255
Lynne McNeill, BBO #644721
250 Summer Street
Boston, MA 02110
(617) 439-7500

ASSENTED TO:

WILLIAM J. HOYT and TIMOTHY BROWDER,
By their attorneys,

**LAW OFFICES OF CLAUDE LEFEBVRE & SONS**

/s/Christopher M. Lefebvre
_____
Christopher M. Lefebvre, BBO #629056
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Francis R. Greene, Esq.
**EDELMAN, COMBS & LATTURNER, LLC**
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

969846v1