# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05 C 10560 |
| ARROW FINANCIAL SERVICES LLC | ) ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT ARROW FINANCIAL SERVICES LLC'S MOTION TO COMPEL ARBITRATION OF TIMOTHY BROWDER'S CLAIMS AND TO STAY PROCEEDINGS PENDING THE COMPLETION OF ARBITRATION

NOW COMES the defendant, Arrow Financial Services LLC ("Arrow"), and respectfully requests that this Court compel arbitration of plaintiff Timothy Browder's claims and stays proceedings pending the completion of arbitration. As grounds therefore, Arrow refers to and incorporates its Memorandum of Law in Support of Defendant Arrow Financial Services LLC's Motion to Compel Arbitration of Timothy Browder's Claims and to Stay Proceedings Pending the Completion of Arbitration, and the exhibits attached thereto.

WHEREFORE, the defendant Arrow Financial Services LLC, respectfully requests that this Court compel arbitration of plaintiff Timothy Browder's claims and stays proceedings pending the completion of arbitration

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to LR 7.1(A)(2), Defendant's undersigned counsel hereby certifies that prior to filing this Motion Defendant's counsel conferred with Plaintiffs' counsel and attempted in good faith, but without success, to resolve the matters in issue.

Respectfully submitted,
ARROW FINANCIAL SERVICES, LLC
By its attorneys,

**MORRISON MAHONEY LLP**

*/s/ Burke*

_____
Scott Douglas Burke, BBO # 551255
Lynne McNeill, BBO #644721
250 Summer Street
Boston, MA 02110
(617) 439-7500

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Francis R. Greene, Esq.
**EDELMAN, COMBS & LATTURNER, LLC**
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

2