UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WILLIAM J. HOYT, ET AL
    Plaintiff

    v.                                   CIVIL ACTION NO. 05-10560-RGS

ARROW FINANCIAL SERVICES
    Defendant

PROCEDURAL ORDER OF DISMISSAL

STEARNS, DJ.                                           MARCH 6, 2006

    IN ORDER TO AVOID THE NECESSITY OF COUNSEL TO APPEAR AT PERIODIC STATUS CONFERENCES, OR FILE STATUS REPORTS, IT IS HEREBY ORDERED THAT THE ABOVE-CAPTIONED ACTION BE AND HEREBY IS DISMISSED WITHOUT PREJUDICE TO THE RIGHT OF EITHER PARTY MOVING TO RESTORE IT TO THE DOCKET IF ANY FURTHER ACTION IS REQUIRED UPON COMPLETION AND TERMINATION OF ALL BANKRUPTCY OR ARBITRATION PROCEEDINGS.

    SO ORDERED.

                                  RICHARD G. STEARNS
                                  UNITED STATES DISTRICT JUDGE

                BY:
                      /s/ Mary H. Johnson
                      Deputy Clerk

DATED: 3-6-06