John Joseph Moakley
US Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210



Matthew Elliot
14 Brickett Avenue
Haverhill, MA 01830

CA 05 10560 RGS

To:   Clerk of the United States District Court for the District of Massachusetts

Re:   Case No. 05 C 10560 (Mass) Hoyt vs. Arrow Financial Services LLC, Defendant

To whom it may concern,

    (I) Matthew W. Elliot of 14 Brickett Ave. Haverhill MA 01830 would like to request an exclusion from both class action and settlement of Case No. 05 C 10560 (Mass) Hoyt vs. Arrow Financial Services LLC, Defendant. Please send proof of exclusion to the above address.

Regards,


Matthew W. Elliot