UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER<br>**Plaintiffs**<br><br>ARROW FINANCIAL SERVICES, LLC<br>**Defendant** | C.A. No. 05 10560 RGS |

## MEMORANDUM OF EXCLUSION FROM CLASS ACTION AND SETTLEMENT

1.   I, Karen A. Piotrowski, an individual residing at 181 North St Unit 203, Salem, MA 01970-1651, requests exclusion from the class action litigation, the settlement and all aspects therein regarding Case No. 05 10560 RGS.

2.   As a part of this exclusion, the individual named herein, Karen A. Piotrowski, requests that the court grant the right to the named individual to pursue legal action to the fullest extent allowable by law, as an individual, at her own discretion in the future.

3.   Karen Piotrowski respectfully requests proof of exclusion at the address listed in Paragraph 1. This is the same address as on file as a part of this lawsuit.

_____   8/14/6
Karen Piotrowski                                      Date
181 North St Unit 203
Salem, Ma 01970-1651

Ph: 978-335-3356
Fx: 978-740-8833