IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM J. HOYT and TIMOTHY BROWDER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 1:05cv10560 RGS |
| v. | ) ) ) | Judge Stearns |
| ARROW FINANCIAL SERVICES LLC, | ) ) ) | |
| Defendant. | ) | |

**FINAL APPROVAL ORDER**

1. On April 25, 2006, this Court preliminarily approved the Class Settlement Agreement reached between Plaintiffs and Defendant Arrow Financial Services LLC ("Defendant"). The Court approved a form of notice for mailing to the class. The Court is informed that actual notice was sent by first-class mail to 5,164 class members (counting couples and other joint persons as a single class member). A total of 765 envelopes were returned by the United States Postal Service marked not deliverable with no forwarding addresses available, and 22 envelopes were returned and re-mailed to a forwarding address. One class member timely requested exclusion and 0 objections were filed or received. A total of 267 class members timely returned the proof of claim form and are therefore entitled to a share in the monetary benefits of the settlement. As of August 31, 2006, 5 late claim forms were returned by class members.

2. On September 7, 2006, the Court held a fairness hearing to which class members, including any with objections, were invited. The Court, being fully advised in the premises, hereby orders:

1

3. The Court finds that the provisions for notice to the class satisfy the requirements of Fed. R. Civ. P. 23 and due process.

4. The Court finds that the settlement is fair and reasonable, and hereby approves the Class Settlement Agreement submitted by the parties, including the release and:

   a. Payment of a total of $39,500  The settlement payment will be paid as follows:

      (1) Plaintiffs Hoyt and Browder will each receive $1,000 in settlement of their individual claims and Defendant shall cease collection of Hoyt's GE Capital Consumer Card Co. account (identified at paragraph 10(c) of the Class Settlement Agreement and Browder's Tweeter account (identified at paragraph 10(d) of the Class Settlement Agreement).

      (2) The 267 class members who timely returned a claim form and the 5 class members who untimely filed a claim form shall be paid their *pro rata* share of $25,000 by check, void 60 days after issuance. No class member shall receive a *pro rata* share in excess of $100. Defendant shall credit the account balance of each class member who did not submit a claim form in an amount equal to 10% of the class member's outstanding account balance.

      (3) The petition of Edelman, Combs, Latturner & Goodwin, LLC and the Law Offices of Claude Lefebvre & Sons for attorneys' fees and costs of $12,5000 of this lawsuit is granted. This amount shall be deducted from the $39,500 settlement payment prior to distribution. Class Counsel is not entitled to payment of any additional fees and costs other than the court-awarded fees and costs. The attorney's fees and costs awarded by the Court shall

2

be paid by check on the Effective Date.

        b.     Any undistributed funds or uncashed checks will be distributed to a mutually agreed upon charity as a cy pres award.

     5.     Plaintiffs and the members of the class grant Defendant the following releases:

        a.     Plaintiffs hereby remise, release and forever discharge ARROW FINANCIAL SERVICES LLC and its present or former partners, members, principals, insurers, parents, officers, directors, representatives, employees, agents, servants, predecessors, successors, subsidiaries, affiliates, shareholders, heirs, executors, administrators, and assigns (hereinafter collectively "RELEASED PARTIES") of and from all causes of action, suits, claims demands, liabilities, judgments, debts, charges, and damages including any indemnity claims for payment of attorney's fees and costs made or could have been made in this action in law or in equity, for anything of any kind or nature whatsoever, known or unknown at this time, that occurred from the beginning of time up through and including the date the Court gives final approval to the Class Settlement Agreement, arising out of all of the allegations made or which could have been made in the action styled as *William J. Hoyt and Timothy Browder v. Arrow Financial Services, LLC*, 1:05cv10560 RGS.

        b.     Each class member not opting out releases and discharges the RELEASED PARTIES of and from all causes of action, suits, claims and demands, relating to the collection letters attached as <u>Exhibit A</u> and <u>Exhibit B</u>.

        c.     This release is in no way intended to release Arrow's claims for payment of the class members' debts or the class members' claims regarding (1) whether the debt

is in fact actually owed, (2) the crediting of payments on such debts, and (3) the proper reporting of debts to credit bureaus.

      6.    The Court finds the Settlement Agreement fair and made in good faith.

      7.    The Court dismisses the claims of Plaintiffs and the class as set forth in the Class Settlement Agreement against Defendant and the Released Parties with prejudice and without costs

      8.    The Court retains jurisdiction over the interpretation, enforcement and implementation of the Settlement Agreement and of this Order.

DATE: 9-7-06.

ENTER: *Richard G. Stearns* (signature)
The Honorable Richard G. Stearns
United States District Judge